**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 06-16391 JHS Judge: JOHN H. SQUIRES | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | SMITH, EMILY F. | Date Filed (f) or Converted (c): | 12/12/06 (f) |
| | | 341(a) Meeting Date: | 01/10/07 |
| For Period Ending: | 08/08/08 | Claims Bar Date: | 06/18/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 3840 W. 117 TH STREET, ALSIP IL | 221,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CHECKING WITH FIRST MIDWEST BANK | 1,209.17 | 0.00 | DA | 0.00 | FA |
| 3. 5 ROOMS OF FURNITURE AND HOUSEHOLD GOODS AND STAND | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 4. CLOTHING | 350.00 | 0.00 | | 0.00 | FA |
| 5. TERM LIFE INSURANCE WITH COMBINED INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 6. POSSIBLE CHILD SUPPORT CLAIM AGAINST WILLIAM BLANA | Unknown | Unknown | | 0.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.01 | Unknown |
| 8. ADV SETT (u) 07 A 00893 | 0.00 | 0.00 | | 16,000.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $223,659.17 | $0.00 | | $16,007.01 | $0.00 |
| | | | | Gross Value of Remaining Assets | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

- ADV FILED - SETTLED

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 06/30/08

LFORM1    Ver: 14.03a