FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| SMITH, EMILY F. | ) | CASE NO. 06-16391-JHS |
| Debtor(s) | ) | Hon. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
## FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
## OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

At:      United States Bankruptcy Court

219 South Dearborn Street, Courtroom 680

Chicago, IL 60604          On: **September 30, 2008**      Time: **10:00 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.   ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $16,007.01 |
| Disbursements | $0.00 |
| Net Cash Available for Distribution | $16,007.01 |

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Andrew J. Maxwell, Trustee | $0.00 | $2,350.70 | $0.00 |
| MAXWELL LAW GROUP, Attorney for Trustee | $0.00 | $35,301.50 | $314.20 |
| CLERK OF BANKRUPTCY COURT, Clerk of the Court Co | $0.00 | $0.00 | $500.00 |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:  none

6.      Allowed priority claims are:  none

7.      Claims of general unsecured creditors totaling $77,278.38 have been allowed.  After the *pro rata* payment of administrative claims there will be no funds available for a distribution to general unsecured claimants.

Allowed general unsecured claims are as follows:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | FIFTH THIRD BANK | $23,746.87 | $0.00 |
| 000002 | CAPITAL RECOVERY ONE | $3,399.11 | $0.00 |
| 000003 | CHASE BANK USA, N.A. | $44,684.53 | $0.00 |
| 000004 | CHASE BANK USA,N.A. | $305.05 | $0.00 |
| 000005 | NICOR GAS | $5,142.82 | $0.00 |

8.      Proposed dividends are approximations.   Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.   If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form 1 attached as a part of the Trustee's Final Report, including but not limited to the following property at the hearing:

Name of Property

| | |
|---|---|
| LOCATION: 3840 W. 117 TH STREET, ALSIP IL | $221,000.00 |
| CHECKING WITH FIRST MIDWEST BANK | $1,209.17 |
| 5 ROOMS OF FURNITURE AND HOUSEHOLD GOODS AND STAND | $1,100.00 |

Dated: **September 4, 2008**          For the Court,

**KENNETH S. GARDNER**

Kenneth S. Gardner

Clerk of the U.S. Bankruptcy Court

219 S. Dearborn Street; 7th Floor

Chicago, IL 60604

| | | |
|---|---|---|
| Trustee: | Andrew J. Maxwell | |
| Address: | 105 W. Adams | |
| | Suite 3200 | |
| | Chicago, IL  60603 | (312) 368-1138 |