IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| SMITH, EMILY F. | ) | CASE NO. 06-16391-JHS |
| Debtor(s) | ) | Hon. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    United States Bankruptcy Court
           219 South Dearborn Street, Courtroom 680
           Chicago, IL 60604    On: **September 30, 2008**    Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $16,007.01 |
    | Disbursements | $0.00 |
    | Net Cash Available for Distribution | $16,007.01 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
    |---|---:|---:|---:|
    | Andrew J. Maxwell, Trustee | $0.00 | $2,350.70 | $0.00 |
    | MAXWELL LAW GROUP, Attorney for Trustee | $0.00 | $35,301.50 | $314.20 |
    | CLERK OF BANKRUPTCY COURT, Clerk of the Court Co | $0.00 | $0.00 | $500.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none
6. Allowed priority claims are: none
7. Claims of general unsecured creditors totaling $77,278.38 have been allowed. After the *pro rata* payment of administrative claims there will be no funds available for a distribution to general unsecured claimants.

    Allowed general unsecured claims are as follows:

    | Claim No. | Claimant | Amount of Claim | Proposed Payment |
    |---|---|---:|---:|
    | 000001 | FIFTH THIRD BANK | $23,746.87 | $0.00 |
    | 000002 | CAPITAL RECOVERY ONE | $3,399.11 | $0.00 |
    | 000003 | CHASE BANK USA, N.A. | $44,684.53 | $0.00 |
    | 000004 | CHASE BANK USA,N.A. | $305.05 | $0.00 |
    | 000005 | NICOR GAS | $5,142.82 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.
9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.
10. Debtor has been discharged.
11. The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form 1 attached as a part of the Trustee's Final Report, including but not limited to the following property at the hearing:

    | Name of Property | |
    |---|---:|
    | LOCATION: 3840 W. 117 TH STREET, ALSIP IL | $221,000.00 |
    | CHECKING WITH FIRST MIDWEST BANK | $1,209.17 |
    | 5 ROOMS OF FURNITURE AND HOUSEHOLD GOODS AND STAND | $1,100.00 |

Dated: **September 4, 2008**    For the Court,
**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:    Andrew J. Maxwell
Address:    105 W. Adams
            Suite 3200
            Chicago, IL  60603    (312) 368-1138

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

6391   Doc 57   Filed 09/04/08   Entered 09/07/08 00:00:16   Desc Imaged
Certificate of Service   Page 2 of 3

**CERTIFICATE OF SERVICE**

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                Date Rcvd: Sep 04, 2008
Case: 06-16391                 Form ID: pdf002              Total Served: 78


The following entities were served by first class mail on Sep 06, 2008.
db          +Emily F. Smith,    3840 W. 117th Street,    Alsip, IL 60803-4203
aty         +Alexander Tynkov,    Zalutsky & Pinski, Ltd,    20 N Clark St,    Suite 600,
              Chicago, IL 60602-4184
aty         +Jaclyn H. Smith,    Maxwell Law Group, LLC,    105 W. Adams Street,    Suite 3200,
              Chicago, IL 60603-6209
aty         +Thomas Twomey,    Zalutsky & Pinski Ltd,    20 N Clark St.,    Suite 600,    Chicago, IL 60602-4184
tr          +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
              Chicago, IL 60603-6209
11056353    +ATT&T Universal/ Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
11056351     American Coradius International,    2420 Sweet Home Rd,    Suite 150,    Amherst, NY 14228-2244
11056354    +Bank Of America,    475 Crosspoint Pkwy,    Getzville, NY 14068-1609
11056355    +Bank One,    Po Box 71,    Phoenix, AZ 85001-0071
11056356    +Bay Furniture - Nfa,    Po Box 9121,    Des Moines, IA 50306-9121
11056357    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11269803    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
11286603    +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
              Dallas, TX 75374-0933
11056358    +Chase Na,    800 Brooksedge Blv,    Westerville, OH 43081-2822
11056359    +Chicago Sun-Times,    401 North Wabash Avenue,    Chicago, IL 60611-3546
11056360    +Chrysler Financial,    999 Oakmont Plaza Dr,    Westmont, IL 60559-5563
11056361    +Citibank,    Pob 6241,    Sioux Falls, SD 57117-6241
11056362    +Citimortgage,    P.O. Box 8003,    So. Hackensack, NJ 07606-8003
11056363    +Citimortgage,    P.O. Box 9442,    Gaithersburg, MD 20898-9442
11056364     Commonwealth Edison,    Nco Financial Systems,    PO Box 41466,    Philadelphia, PA 19101
11056365    +Countrywide,    450 American St,    Simi Valley, CA 93065-6285
11056366    +Countrywide Home Lending,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
11056367    +Deutsch, Levy & Engel,    225 West Washington,    Chicago, IL 60606-3482
11056369    +Dr Jeffrey S Waitzman,    Merchants Credit,    223 W Jackson St., Suite 900,
              Chicago, IL 60606-6993
11056370     Dsnb Macys,    3039 Cornwallis Rd,    Durham, NC 27709
11056371    +Express,    Po Box 330066,    Northglenn, CO 80233-8066
11056373   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court:   Fifth Third Bank,     Fifth Third Center,    Cincinnati, OH 45263)
11256449     Fifth Third Bank,    1850 E Paris SE - Bankruptcy Department,    MD# ROPS05,
              Grand Rapids MI 49546
11056374    +First Usa Bank,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11056375    +First Usa Bank Na,    1001 Jefferson Plaza,    Wilmington, DE 19801-1493
11056376    +Firstar,    Po Box 956,    Cincinnati, OH 45201-0956
11056377    +Ford Motor Credit Corporation,    Po Box Box 542000,    Omaha, NE 68154-8000
11056378    +G M A C,    15303 S 94th Ave,    Orland Park, IL 60462-3825
11056380    +Gemb,    Po Box 981400,    El Paso, TX 79998-1400
11056381    +Gemb/linen N Things,    Po Box 981400,    El Paso, TX 79998-1400
11056382    +Gemb/oldnavy,    Po Box 981400,    El Paso, TX 79998-1400
11056383    +Gemb/sams Club Dc,    Po Box 981400,    El Paso, TX 79998-1400
11056385    +Harris & Harris,    600 W Jackson Blvd,    Suite 400,    Chicago, IL 60661-5675
11056386    +Home State Bank,    40 Grant St,    Crystal Lake, IL 60014-4367
11056387    +Household Bank,    Aarow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
11056388    +Household Bank,    90 Christiana Rd,    New Castle, DE 19720-3187
11056389    +Household Bank/rhodes Furn,    Po Box 15519,    Wilmington, DE 19850-5519
11056390    +Household Mortgage Services,    Po Box 9068,    Brandon, FL 33509-9068
11056391    +Hoyne Savings Bank,    4786 N Milwaukee Ave,    Chicago, IL 60630-3693
11056392    +Hsbc/bose,    90 Christiana Rd,    New Castle, DE 19720-3118
11056393     IndyMac Bank,    P.O. Box 4045,    Kalamazoo, MI 49003-4045
11056394    +Indymac Bank,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
11056395    +Kohls/chase,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
11056396    +Marshall Fields,    111 Boulder Industrial D,    Bridgeton, MO 63044-1241
11056398    +Monogram Bank N America,    Po Box 17054,    Wilmington, DE 19884-0001
11056399    +Nextel Communications Inc.,    Receivable Management,    899 Eaton Ave,    Bethlehem, PA 18025-1000
11056400    +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
11056401    +Providian Home Loan,    Po Box 9180,    Pleasanton, CA 94566-9180
11056402    +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
11056403     Salvi, Salvi & Whifler,    300 Sunrise,    Lake Zurich, IL 60047
11056405    +Sams Club Dc,    Po Box 981416,    El Paso, TX 79998-1416
11056406    +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
11056407    +Suntrust Bank,    Po Box 27162,    Richmond, VA 23261-7162
11056408    +Target Nb,    Po Box 9475,    Minneapolis, MN 55440-9475
11056409    +Union Planters Natl Ba,    7130 Goodlett Farms Pkwy,    Cordova, TN 38016-4908
11056410    +Unvl/citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
11056411    +Up/regionsm,    215 Forrest St,    Hattiesburg, MS 39401-3476
11056412    +Victorias Secret,    Po Box 182128,    Columbus, OH 43218-2128
11056413    +Visa Credit Card Services,    225 Chastain Meadows Ct,    Kennesaw, GA 30144-5841
11056414    +Wash Mutual/Providian,    Po Box 9180,    Pleasanton, CA 94566-9180
11056415    +Wffinance,    1191 E Dundee Rd,    Palatine, IL 60074-8306
11056416    +Wffinancial,    1191 E Dundee Rd,    Palatine, IL 60074-8306
11056417    +Wfnnb/Dress Barn,    Po Box 182273,    Columbus, OH 43218-2273
11056418    +Wfnnb/The Avenue,    Po Box 2974,    Shawnee Mission, KS 66201-1374
```

```
District/off: 0752-1            User: amcc7              Page 2 of 2              Date Rcvd: Sep 04, 2008
Case: 06-16391                  Form ID: pdf002          Total Served: 78
```

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Sep 05, 2008.
```
11056352      Fax: 800-208-8123 Sep 05 2008 05:55:46     American General Finance,   600 N Royal Ave,
              Evansville, IN 47715
12407633     +E-mail/PDF: rmscedi@recoverycorp.com Sep 05 2008 05:52:32     Capital Recovery One,
              25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
11056372     +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2008 05:50:36     Exxon Mobile,   Po Box 981400,
              El Paso, TX 79998-1400
11056384      E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2008 05:50:40     Green Tree Servicing L,
              332 Minnesota St Ste 610,   Saint Paul, MN 55101
11056379     +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2008 05:50:37     Ge Card Co,   Po Box 105981,
              Atlanta, GA 30353-5981
11428078     +E-mail/Text: bankrup@nicor.com                                 Nicor Gas,   PO Box 549,
              Aurora IL 60507-0549
12389795      E-mail/PDF: rmscedi@recoverycorp.com Sep 05 2008 05:52:40
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
11258806     +E-mail/PDF: rmscedi@recoverycorp.com Sep 05 2008 05:52:33
              Recovery Management Systems Corporation,    For GE Money Bank,   dba SAMS CLUB,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11056404     +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2008 05:52:02     Sams Club,   Po Box 981400,
              El Paso, TX 79998-1400
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11056368     Donald G. Kleppe
11056397     Michael E. Smith
                                                                                         TOTALS: 2, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 06, 2008**                **Signature:**    *Joseph Speetjens*