**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Balance Form n   Page 1 of 3

| | |
|---|---|
| Case No: | 06-16391 -JHS |
| Case Name: | SMITH, EMILY F. |
| Taxpayer ID No: | *******7039 |
| For Period Ending: | 11/26/08 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208230  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/08 | 8 | STEWART TITLE COMPANY OF ILLINOIS 2055 W. ARMY TRAIL ROAD, SUITE 110 ADDISON, IL 60101 | PREFERENCE / FRAUDULENT TRANS | 1241-000 | 16,000.00 | | 16,000.00 |
| 04/30/08 | 7 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.98 | | 16,000.98 |
| 05/30/08 | 7 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 2.03 | | 16,003.01 |
| 06/30/08 | 7 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 1.97 | | 16,004.98 |
| 07/31/08 | 7 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 2.03 | | 16,007.01 |
| 08/29/08 | 7 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 2.03 | | 16,009.04 |
| 09/30/08 | 7 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 1.97 | | 16,011.01 |
| 10/15/08 | 7 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.81 | | 16,011.82 |
| 10/15/08 | | Transfer to Acct #4429208366 | Final Posting Transfer | 9999-000 | | 16,011.82 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 16,011.82 | 16,011.82 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 16,011.82 | |
| Subtotal | 16,011.82 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 16,011.82 | 0.00 | |

Page Subtotals          16,011.82          16,011.82

Ver: 14.11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-16391 -JHS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SMITH, EMILY F. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208366 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7039 | | | |
| For Period Ending: | 11/26/08 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/15/08 | | Transfer from Acct #4429208230 | Transfer In From MMA Account | 9999-000 | 16,011.82 | | 16,011.82 |
| 10/16/08 | 001001 | ANDREW J. MAXWELL | COMPENSATION - TRUSTEE | 2100-000 | | 1,322.23 | 14,689.59 |
| | | 105 W. Adams | | | | | |
| | | SUITE 3200 | | | | | |
| | | CHICAGO,  ILLINOIS 60603 | | | | | |
| 10/16/08 | 001002 | CLERK OF BANKRUPTCY COURT | DEFERRED ADV FILING FEES | 2700-000 | | 281.24 | 14,408.35 |
| 10/16/08 | 001003 | MAXWELL LAW GROUP, LLC | ATTY FOR TR - FEES (TR. FIRM) | 3110-000 | | 14,231.62 | 176.73 |
| | | 105 WEST ADAMS | | | | | |
| | | SUITE 3200 | | | | | |
| | | CHICAGO, IL 60603 | | | | | |
| 10/16/08 | 001004 | MAXWELL LAW GROUP, LLC | ATTY FOR TRUSTEE EXP (TR. FIRM) | 3120-000 | | 176.73 | 0.00 |
| | | 105 WEST ADAMS | | | | | |
| | | SUITE 3200 | | | | | |
| | | CHICAGO, IL 60603 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 16,011.82 | 16,011.82 | 0.00 |
| Less:  Bank Transfers/CD's | 16,011.82 | 0.00 | |
| Subtotal | 0.00 | 16,011.82 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 16,011.82 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - 4429208230 | 16,011.82 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - 4429208366 | 0.00 | 16,011.82 | 0.00 |
| | 16,011.82 | 16,011.82 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 16,011.82 | 16,011.82 |

Ver: 14.11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-16391 -JHS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | SMITH, EMILY F. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208366  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7039 | | |
| For Period Ending: | 11/26/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - 4429208230
Checking Account (Non-Interest Earn - 4429208366

| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 14.11